UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**JAMES SNYDER,**
    Plaintiff,
v.                                                        No. 1:22–cv–01205

**ERIE INSURANCE EXCHANGE,**                     JURY DEMANDED
    Defendant.

---

### MOTION TO AMEND THE COMPLAINT

COMES NOW, Plaintiff, and moves the Court to amend the Complaint pursuant to *FRCP 15* and states the following:

1. This matter was filed as a property loss claim after a fire at the home of the Plaintiff.

2. As a result of the fire loss, the Plaintiff suffered damage to real and personal property.

3. Part of the personal property was the loss of two automobiles that were under the carport near the origin of the fire.

4. Although the original complaint listed property damage, it did not specifically list the automobiles as part of that property. The two autos were insured by the Defendant. A denial of the auto insurance claim was for the same reason as the real property – suspected arson.

5. Plaintiff wishes to amend the Complaint to specifically include the automobile claim and policy number as part of the same fire loss denial. See Proposed Amended Complaint Attached as Exhibit "A."

6. Defendant is aware of this automobile claim as it was discussed at early mediation. There is no prejudice to the Defendant and little to no additional discovery is needed to add the auto claim to the Complaint because all denials center around the cause of the fire.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests the Court allow the Plaintiff to amend the Complaint to add the automobile claim.

Respectfully submitted this the 7th day of August 2023.

*/s/Toby Gammill* (BPR #025225)

Toby J. Gammill (BPR# 025225)
DEREK L. HALL, P.C.
370 Towne Center Blvd
Ridgeland, MS 39157
Tel. (601) 202-2222
Fax (601) 981-4717
toby@dlhattorneys.com
*Attorneys for Plaintiff*