# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**JAMES SNYDER,**

    Plaintiff,

v.                                             **No. 1:22–cv–01205**

**ERIE INSURANCE COMPANY,**                 JURY DEMANDED

    Defendant.

## NOTICE OF SETTLEMENT

COME NOW the parties, by and through the undersigned counsel, pursuant to L.R. 83.13(a), and give notice to the Court that the above-captioned cause has been resolved by way of mutual compromise. The parties further give notice to the Court that, once the parties exchange the agreed upon consideration in accordance with the terms of their settlement, the parties will file and submit the dismissal pleadings required by L.R. 83.13(b) and Fed. R. Civ. P. 41(a)(1)(A).

                Respectfully submitted,

                By: *s/ Toby J. Gammill*
                      Toby J. Gammill (BPR No. 25225)
                      DEREK L. HALL, P.C.
                      370 Towne Center Blvd.
                      Ridgeland, Mississippi 39157
                      (601) 202-2222
                      toby@dlhattorneys.com

                **Attorney for Plaintiff**

By: *s/ Brandon W. Reedy*
Russell E. Reviere (BPR No. 7166)
Brandon W. Reedy (BPR No. 30314)
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
rreviere@raineykizer.com
breedy@raineykizer.com

***Attorneys for Defendant***