IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JAMES SNYDER,<br><br>    Plaintiff,<br><br>v.<br><br>ERIE INSURANCE EXCHANGE,<br><br>    Defendant. | Case No. 1:22-cv-01205-STA-jay |

## ORDER ON NOTICE OF SETTLEMENT

Before the Court is the parties' Notice of Settlement (ECF No. 44) filed on January 11, 2024. The parties report that they have reached an agreement to resolve their dispute. Local Rule 83.13(b) requires the parties to any civil action to promptly notify the presiding judge if they reach a settlement. In this case, the parties have satisfied the requirements of Rule 83.13(b). In light of the settlement, the jury trial set for January 29, 2024, and the pre-trial conference set for January 19 are hereby continued.

Rule 83.13(b) gives the parties twenty-eight days to file a final stipulation or motion for dismissal following a settlement. Accordingly, a final stipulation or motion for dismissal will be due no later than February 8, 2024.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 12, 2024