UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**JAMES SNYDER**,

    Plaintiff,

v.                                       No. 1:22–cv–01205-STA-jay

**ERIE INSURANCE COMPANY**,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 47] filed on February 13, 2024. Consistent with the Joint Stipulation, the above-captioned cause is hereby **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED.

                                           s/ S. Thomas Anderson
                                           S. THOMAS ANDERSON
                                           UNITED STATES DISTRICT JUDGE

                                           Date: February 13, 2024