UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**JAMES SNYDER,**                                          **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**ERIE INSURANCE COMPANY,**                                **CASE NO: 22-1205-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the ORDER OF DISMISSAL WITH PREJUDICE entered on February 13, 2024, this cause is hereby DISMISSED with prejudice.**

                                                    **APPROVED:**

**s/ S. Thomas Anderson**
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 2/13/2024**                              **Wendy R. Oliver**
                                                         **Clerk of Court**

                                                         **s/Maurice B. BRYSON**

                                                         **(By)   Deputy Clerk**